An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK MILFORD PECK,
Appellant,
vs.
DWIGHT NEVEN, WARDEN; AND THE
STATE OF NEVADA,
Respondent.

No. 63974

**FILED**

OCT 1 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion for reconsideration. Second Judicial District Court, Washoe County; Brent T. Adams, Judge.

On September 23, 2013, this court received a proper person request to voluntarily dismiss this appeal. Good cause appearing, we direct the clerk of this court to file the September 23, 2013, document, and we grant the request. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Brent T. Adams, District Judge
       Frank Milford Peck
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-30874